UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:10-CV-56-BR

| | |
|---|---|
| BLONDELL MOSS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| PASQUOTANK COUNTY, | ) |
| Defendant. | ) |

This matter is before the court on plaintiff's motion to stay. (DE # 54.) The motion represents that the defendant does not oppose the motion. The motion also represents that the parties have engaged in a successful mediation and that it is expected that a settlement agreement will be finalized and executed in the near future. For good cause shown, the motion is GRANTED. This case is stayed in its entirety until 28 March 2013. If a joint stipulation of dismissal is not filed on or before 28 March 2013, the stay will be lifted, and the case will proceed.

This 22 February 2013.

_____
W. Earl Britt
Senior U.S. District Judge